Disposition of Petitions for Discretionary Review Under G.S. 7A-31

MULLINS v. WEBER

No. 487P94

Case below: 116 N.C.App. 137

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.

MURRAY v. ASSOCIATED INSURERS, INC.

No. 279A94

Case below: 114 N.C.App. 506

Petition by defendants for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 8 December 1994. Petition by defendants for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 December 1994.

NELSON v. HAYES

No. 522P94

Case below: 116 N.C.App. 632

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.

NICHOLS v. WILSON

No. 506P94

Case below: 116 N.C.App. 286

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.

OAKLEY v. UNIVERSITY OF NORTH CAROLINA

No. 455P94

Case below: 116 N.C.App. 137

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.